U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF Georgia

IN RE:   Brian Lee Willis   )   CASE NO. **11–51759**
                            )

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Partnership Liquidity Investors IV, LLC | Spooner & Associates, PC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

Partnership Liquidity Investors IV, LLC
c/o Jerome A. Fink
416 9th Street
Huntington Beach, CA 92648
Last Four Digits of Acct #: _____

Clint S. Morse
Brooks Pierce McLendon Humphrey &
     Leonard, LLP
P.O. Box 26000
Greensboro, NC  27401
Phone:  336-271-3152

Court Claim # (if known):  5

Amount of Claim Transferred to Transferee:
$3,233.30

Date Claim Filed:  12/19/2011

Phone:  678-714-1131
Last Four Digits of Acct. #:  _____

Name and Address where transferee payments
should be sent (if different from above):

c/o Jerome A. Fink
416 9th Street
Huntington Beach, CA 92648

        I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Clint S. Morse, attorney for Transferee        Date: October 13, 2015
        Transferee/Transferee's Agent

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                            )
                                                  )
Brian Lee Willis,                                 )    CASE NO.    11-51759
                                                  )
                                                  )    Chapter 7
            Debtor.                               )
_____)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 5 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/13/2015.

Spooner & Associates, PC                          Partnership Liquidity Investors IV, LLC

Name of Alleged Transferor                        Name of Transferee

Address of Alleged Transferor:                    Address of Transferee:
 Spooner & Associates, PC                          Partnership Liquidity Investors IV,
 3451 Lawrenceville-Suwanee Rd                     LLC
 Suite C                                           c/o Jerome A. Fink
 Suwanee GA 30024                                  416 9th Street
                                                   Huntington Beach, CA 92648

                                                   Clint S. Morse
                                                   Brooks Pierce McLendon Humphrey
                                                       & Leonard, LLP
                                                   P.O. Box 26000
                                                   Greensboro, NC  27401

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                  Clerk of the Court