UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: WILLIS, BRIAN LEE § Case No. 11-51759-JRS
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 21, 2011. The undersigned trustee was appointed on January 21, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $    1,013,982.02

   Funds were disbursed in the following amounts:
   
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 258,890.57 |
   | Bank service fees | 18,318.55 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $    736,772.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/12/2012 and the deadline for filing governmental claims was 02/12/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $53,669.46. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $53,669.46, for a total compensation of $53,669.46.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/18/2016              By: /s/Cathy L. Scarver, Trustee
                                  Trustee, Bar No.: 628455

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-51759-JRS  
**Case Name:** WILLIS, BRIAN LEE

**Trustee:**  (300006)  Cathy L. Scarver, Trustee  
**Filed (f) or Converted (c):** 01/21/11 (f)  
**§341(a) Meeting Date:** 02/18/11

**Period Ending:** 07/18/16

**Claims Bar Date:** 02/12/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Wachovia Checking Account | 150.00 | 0.00 | | 0.00 | FA |
| 2 | 4 Bedroom Suits, 1 Living Room Suit, Dining Room Suit, 1 Washer & Dryer, 4 TV Sets | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | Sports Memorbilia | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Wedding Band | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Wells Fargo Trad IRA | 8,082.03 | 0.00 | | 0.00 | FA |
| 7 | Wells Fargo Roth IRA | 21,788.47 | 0.00 | | 0.00 | FA |
| 8 | Hamilton State Bank-Braselton GA<br>  200 Shares of Non-public Stock Valued at Approximately $30,000.00 Pledged as Security to Gateway Bank on Account 1834223 Balance $99,000.00. | 30,000.00 | 0.00 | | 0.00 | FA |
| 9 | Desktop | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Avoidance Claims Against Michelle Willis  (u)<br>  regarding transfer of real and personal property owned by Debtor: Settlement of adversary proceeding number 12-05436-jrs against Michelle Willis for half of net proceeds from Sale of Residence at 2093 Skybrooke Lane, Hoschton, Gwinnett County, Georgia 30348; per order entered 4/11/13, Doc. No. 92. | 0.00 | 450,000.00 | | 0.00 | FA |
| 11 | Other Causes of Action  (u)<br>  Trustee is Investigating other possible causes of action related to business interests. | 0.00 | 1.00 | | 0.00 | FA |
| 12 | Alabama Game Day Condo in Tuscaloosa Alabama (u)<br>  Received from spouse, Michelle Willis in Avoidance Claims Settlement of adversary proceeding number 12-05436-jrs for transfer to estate of Condo in Tuscaloosa Alabama located at Unit 5, the Atrium Building, 900 13th Avenue, Alabama's Game Day Center, Tuscaloosa, Alabama 35401; per order entered 4/11/13, Doc. No. 92. | Unknown | 175,000.00 | | 157,000.00 | FA |

Printed: 07/18/2016 10:17 PM    V.13.25

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-51759-JRS  
**Case Name:** WILLIS, BRIAN LEE  

**Trustee:** (300006) Cathy L. Scarver, Trustee  
**Filed (f) or Converted (c):** 01/21/11 (f)  
**§341(a) Meeting Date:** 02/18/11  

**Period Ending:** 07/18/16  
**Claims Bar Date:** 02/12/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 13 | Vacant Lot at 5418 Progress Court, Braselton, GA (u) Received from spouse, Michelle Willis: Settlement of adversary proceeding number 12-05436-jrs for transfer to estate of Lot 8, Raceway Technology Park, 5242 Progress Court, Braselton, Hall County, Georgia 30517; per order entered 4/11/13, Doc. No. 92. | 0.00 | 50,000.00 | | 45,000.00 | FA |
| 14 | Vacant Lot at 5242 Progress Court, Braselton, GA (u) Received from spouse, Michelle Willis, in Settlement of adversary proceeding number 12-05436-jrs for transfer to estate of Lot 9 Raceway Technology Park, 5242 Progress Court, Braselton, Hall County, Georgia 30517; per order entered 4/11/13, Doc. No. 92. | 0.00 | 50,000.00 | | 52,000.00 | FA |
| 15 | 1/2 House at 2093 Skybrooke Lane, Hoschton, GA (u) Received from Debtor's spouse, Michele Willis, in Settlement of adversary proceeding number 12-05436-jrs against Michelle Willis for half of net proceeds from Sale of Residence at 2093 Skybrooke Lane, Hoschton, Gwinnett County, Georgia 30348; per order entered 4/11/13, Doc. No. 92. | 0.00 | 154,982.02 | | 154,982.02 | FA |
| 16 | Spring Creek Apartments, LLC | 0.00 | 450,000.00 | | 605,000.00 | FA |
| **16** | **Assets Totals** (Excluding unknown values) | **$66,520.50** | **$1,329,983.02** | | **$1,013,982.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   March 31, 2014        **Current Projected Date Of Final Report (TFR):**   July 18, 2018  (Actual)

Printed: 07/18/2016 10:17 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-51759-JRS  
**Case Name:** WILLIS, BRIAN LEE  

**Taxpayer ID #:** **-***0067  
**Period Ending:** 07/18/16  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $46,175,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/13 | {15} | The Baker Law Firm PC | 1/2 Net Proceeds from Sale of residence located at 2093 Skybrooke Lane, Hoschton GA 30548, per Adv Proc 12-05436 Settlement; Order entered 4/11/2013, Doc. No. 92. | 1210-000 | 154,982.02 | | 154,982.02 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.76 | 154,796.26 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 207.80 | 154,588.46 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 244.58 | 154,343.88 |
| 08/30/13 | 101 | Ragsdale, Beals, Seigler, Patterson, & Gray, LLP | Interim Fees for Attorney for Trustee, per order entered 8/21/13, Doc. No. 107. | 3210-000 | | 52,609.50 | 101,734.38 |
| 08/30/13 | 102 | Ragsdale, Beals, Seigler, Patterson, & Gray, LLP | Interim Expenses for Attorney for Trustee, per order entered 8/21/13, Doc. No. 107. | 3220-000 | | 4,891.76 | 96,842.62 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 222.00 | 96,620.62 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.88 | 96,469.74 |
| 10/31/13 | {12} | Realty Executives Escrow Account | Earnest Money Deposit for purchase of Bama Condo in Tuscaloosa. | 1210-000 | 15,700.00 | | 112,169.74 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.64 | 112,017.10 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.62 | 111,867.48 |
| 12/02/13 | | Queen City Title, LLC | Remaining Proceeds from Sale of Bama Game Day Condo in Tuscaloosa Alabama; per order entered 11/14/13, Doc. No. 116;  Replaced voided Check that was over by $15,700.00 Earnest Money not deducted from final amount due; Previous Check voided and returned | | 128,467.29 | | 240,334.77 |
| | {12} | Queen City Title, LLC | Remaining proceeds from closing of sale of Bama Gameday condo in Tuscaloosa, AL, per order entered 11/14/13, Doc. No. 116;    141,300.00 | 1210-000 | | | 240,334.77 |
| | | Advanced Realty Group | Commissions on Sale of Condo, per order entered 11/14/13, Doc. No. 116;    -9,420.00 | 3510-000 | | | 240,334.77 |
| | | Bama Gameday Center | Payment of Homeowners association fees; per order entered 11/14/13, Doc. No. 116;    -2,121.90 | 2990-000 | | | 240,334.77 |
| | | | Real Estate Property Taxes paid, per order    -1,290.81 | 2820-000 | | | 240,334.77 |

Subtotals :  $299,149.31    $58,814.54

{} Asset reference(s)

Printed: 07/18/2016 10:17 PM    V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-51759-JRS  
**Case Name:** WILLIS, BRIAN LEE  

**Taxpayer ID #:** **-***0067  
**Period Ending:** 07/18/16  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $46,175,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | entered 11/14/13, Doc. No. 116; | | | | |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 349.46 | 239,985.31 |
| 01/02/14 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #11-51759, Premium for Chapter 7 Blanket Bond, Atlanta, NDGA, Bond No. 016027955 | 2300-000 | | 213.39 | 239,771.92 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 356.44 | 239,415.48 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 321.40 | 239,094.08 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 332.43 | 238,761.65 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 366.34 | 238,395.31 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 342.89 | 238,052.42 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.98 | 237,721.44 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 376.15 | 237,345.29 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 330.00 | 237,015.29 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 363.63 | 236,651.66 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 351.73 | 236,299.93 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 305.89 | 235,994.04 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 384.71 | 235,609.33 |
| 01/06/15 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #11-51759, Per UST Authorization | 2300-000 | | 197.43 | 235,411.90 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 338.73 | 235,073.17 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 315.57 | 234,757.60 |
| 03/02/15 | | Ragsdale, Beals, Seigler, Paterson & Gray, LLP | Net Proceeds from Sale of lot at 5418 Progress Court, per order entered 1/23/15, Doc. No. 135. | | 38,092.88 | | 272,850.48 |
| | {13} | | Proceeds from Sale of lot at 5418 Progress Court, per order entered 1/23/15, Doc. No. 135.    45,000.00 | 1210-000 | | | 272,850.48 |
| | | Keller Williams Realty Atlanta-Midtown | Commission on Sale of lot at 5418 Progress Court, per order entered 1/23/15, Doc. No. 135.    -4,500.00 | 3510-000 | | | 272,850.48 |
| | | Hall County Tax Commissioner | 2013 and 2014 Real Proeprty Ad Valorem Taxes paid at sale of lot    -2,320.39 | 2820-000 | | | 272,850.48 |

Subtotals :     $38,092.88     $5,577.17

{} Asset reference(s)

Printed: 07/18/2016 10:17 PM    V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-51759-JRS
**Case Name:** WILLIS, BRIAN LEE

**Taxpayer ID #:** **-***0067
**Period Ending:** 07/18/16

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Rabobank, N.A.
**Account:** ******1166 - Checking Account
**Blanket Bond:** $46,175,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | at 5418 Progress Court, per order entered 1/23/15, Doc. No. 135. | | | | | |
| | | Hall County Tax Commissioner | 2015 prorated taxes paid at closing of Sale of lot at 5418 Progress Court, per order entered 1/23/15, Doc. No. 135. | -86.73 | 2820-000 | | | 272,850.48 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 411.31 | 272,439.17 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 391.86 | 272,047.31 |
| 05/27/15 | | Ragsdale, Beals, Seigler, Paterson & Gray, LLP | Net Proceeds from Sale of lot at 5424 Progress Court, per order entered 4/14/15, Doc. No. 151. | | | 44,399.61 | | 316,446.92 |
| | {14} | | Proceeds of Sale of 5424 Progress Court property, per order entered 4/14/15, Doc. No. 151. | 52,000.00 | 1210-000 | | | 316,446.92 |
| | | Keller Williams Realty Atlanta-Midtown | Real Estate Commission on Sale of 5424 Progress Court property, per order entered 4/14/15, Doc. No. 151. | -5,200.00 | 3510-000 | | | 316,446.92 |
| | | Hall County Tax Commissioner | Payment of Taxes at closing of sale of 5424 Progress Court property, per order entered 4/14/15, Doc. No. 151. | -2,320.39 | 2820-000 | | | 316,446.92 |
| | | Hall County Tax Commissioner | Net closing costs to Seller paid at closing per order entered 4/14/15, Doc. No. 151. | -80.00 | 2500-000 | | | 316,446.92 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 380.38 | 316,066.54 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 484.92 | 315,581.62 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 469.04 | 315,112.58 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 438.13 | 314,674.45 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 482.82 | 314,191.63 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 451.91 | 313,739.72 |
| 11/25/15 | | C L Scarver & Associates, LLC | Refund of Bond Premium by International | | 2300-000 | | -88.72 | 313,828.44 |

Subtotals :     $44,399.61     $3,421.65

{} Asset reference(s)

Printed: 07/18/2016 10:17 PM     V.13.25

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 11-51759-JRS | | Trustee: | Cathy L. Scarver, Trustee (300006) |
|---|---|---|---|---|
| Case Name: | WILLIS, BRIAN LEE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******1166 - Checking Account |
| Taxpayer ID #: | **-***0067 | | Blanket Bond: | $46,175,000.00 (per case limit) |
| Period Ending: | 07/18/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Sureties. | | | | |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 436.22 | 313,392.22 |
| 12/14/15 | {16} | Ragsdale Beals, Seigler, Patterson & Gray, LLP | Proceeds from Sale of Membership Interest in Spring Creek Apartments, LLC, per oder entered 11/25/15, Doc. No. 188. | 1129-000 | 605,000.00 | | 918,392.22 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 988.99 | 917,403.23 |
| 01/18/16 | 105 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #11-51759, 2016 Blanket Bond premium payment, per UST email authorization | 2300-000 | | 449.99 | 916,953.24 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,272.18 | 915,681.06 |
| 02/18/16 | 106 | United States Treasury | Payment of Estate 2015 Income Taxes TIN 30-6370067; per order entered 2/10/16, Doc. No. 195. | 2810-000 | | 142,315.00 | 773,366.06 |
| 02/18/16 | 107 | Georgia Department of Revenue | Payment of Estate 2015 Income Taxes TIN 30-6370067; per order entered 2/10/16, Doc. No. 195. | 2820-000 | | 30,962.00 | 742,404.06 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,246.31 | 741,157.75 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,169.62 | 739,988.13 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,026.07 | 738,962.06 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,024.65 | 737,937.41 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,164.51 | 736,772.90 |
| | | | **ACCOUNT TOTALS** | | 986,641.80 | 249,868.90 | **$736,772.90** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 986,641.80 | 249,868.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$986,641.80** | **$249,868.90** | |

| | | | | | |
|---|---|---|---|---|---|
| Net Receipts : | 986,641.80 | | | Net Receipts | Net Disbursements | Account Balances |
| Plus Gross Adjustments : | 27,340.22 | | **TOTAL - ALL ACCOUNTS** | | | |
| Net Estate : | $1,013,982.02 | | **Checking # ******1166** | 986,641.80 | 249,868.90 | 736,772.90 |
| | | | | $986,641.80 | $249,868.90 | $736,772.90 |

{} Asset reference(s)

Printed: 07/18/2016 10:17 PM    V.13.25

# Claims Register

## Case:  11-51759-JRS    WILLIS, BRIAN LEE

Claims Bar Date:  02/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| A | Cathy L. Scarver, Trustee<br>P.O. Box 672587<br>Marietta, GA 30006<br><2100-00   Trustee Compensation>,  200 | Admin Ch.  7<br>01/21/11 | | $53,669.46<br>$53,669.46 | $0.00 | $53,669.46 |
| B | Cathy L. Scarver, Trustee<br>P.O. Box 672587<br>Marietta, GA 30006<br><2200-00   Trustee Expenses>,  200 | Admin Ch.  7<br>01/21/11 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| C | Ragsdale, Beals, Seigler, Patterson, & Gray, LLP<br>Attn:  W. Russell Patterson, Esq.<br>299 Peachtree, N.E, Suite 2400<br>Atlanta, GA 30303-1629<br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>01/21/11 | | $147,555.00<br>$147,555.00 | $52,609.50 | $94,945.50 |
| D | Ragsdale, Beals, Seigler, Patterson, & Gray, LLP<br>299 Peachtree, N.E,<br>Suite 2400<br>Atlanta, GA 30303-1629<br><3220-00   Attorney for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>01/21/11 | | $6,826.05<br>$6,826.05 | $4,891.76 | $1,934.29 |
| E | Jeffrey K. Kerr & Company, LLC<br>P. O. Box 420769<br>Atlanta, GA 30342-0769<br><3410-00   Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch.  7<br>01/21/11 | | $12,067.00<br>$12,067.00 | $0.00 | $12,067.00 |
| F | Jeffrey K. Kerr & Company, LLC<br>P. O. Box 420769<br>Atlanta, GA 30342-0769<br><3420-00   Accountant for Trustee Expenses (Other Firm)>,  200 | Admin Ch.  7<br>01/21/11 | | $225.01<br>$225.01 | $0.00 | $225.01 |
| G | Advanced Realty Group<br><br>Tuscaloosa, AL<br><3510-00   Realtor for Trustee Fees (Real Estate Commissions)>,  200 | Admin Ch.  7<br>01/21/11 | | $9,420.00<br>$9,420.00 | $9,420.00 | $0.00 |
| H | Elrod Auction Company<br><br>Douglasville, GA<br><3610-00   Auctioneer for Trustee Fees (including buyers premiums)>,  200 | Admin Ch.  7<br>01/21/11 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| I | Clerk, United States Bankruptcy Court<br>United States Courthouse<br>75 Spring Street, Room 1340<br>Atlanta, GA 30303<br><br><2700-00   Clerk of the Court Costs (includes adversary and other filing fees)>,  200 | Admin Ch.  7<br>01/21/11 | Deferred Filing Fee for Adversary 12-05436, per order entered 06/14/2016, Doc. No. 200. | $293.00<br>$293.00 | $0.00 | $293.00 |

# Claims Register

### Case:  11-51759-JRS    WILLIS, BRIAN LEE

Claims Bar Date:   02/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| J | Hall County Tax Commissioner | Admin Ch. 7<br>01/21/11 | | $4,727.51<br>$4,727.51 | $4,727.51 | $0.00 |
| | <2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | | | | | |
| K | United States Treasury<br>Internal Revenue Service<br><br>Cincinnati, OH 45999-0148 | Admin Ch. 7<br>01/21/11 | Payment of Estate 2015 Income Taxes TIN 30-6370067; per order entered 2/10/16, Doc. No. 195. | $142,315.00<br>$142,315.00 | $142,315.00 | $0.00 |
| | <2810-00   Income Taxes - Internal Revenue Service (post-petition)>,  200 | | | | | |
| L | Georgia Department of Revenue<br>Processing Center<br>P. O. Box 740323<br>Atlanta, GA 30374-0323 | Admin Ch. 7<br>01/21/11 | Payment of Estate 2015 Income Taxes TIN 30-6370067; per order entered 2/10/16, Doc. No. 195. | $30,962.00<br>$30,962.00 | $30,962.00 | $0.00 |
| | <2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | | | | | |
| M | Keller Williams Realty Atlanta-Midtown | Admin Ch. 7<br>01/21/11 | | $9,700.00<br>$9,700.00 | $9,700.00 | $0.00 |
| | <3510-00   Realtor for Trustee Fees (Real Estate Commissions)>,  200 | | | | | |
| 1 | SunTrust Bank<br>c/o David W. Cranshaw, Esq.,Morris, Manning & Martin, LLP,3343 Peachtree Rd,<br>Atlanta, GA 30326 | Unsecured<br>02/02/11 | OK Schedule F as unknown. | $526,430.72<br>$526,430.72 | $0.00 | $526,430.72 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2 | Banksouth c/o<br>Thompson Obrien Kemp & Nasuti<br>40 Technology Pkwy Ste 300<br>Norcross, GA 30092 | Unsecured<br>07/29/11 | Filed as unsecured, but has secured interest in property that should completely satisfy claim; shouldn't get distribution; file objection unless withdrawn.  Objection filed; Disallowed in its entirety, per order entered 5/4/15, Doc. No. 157 &158 (duplicate orders) | $670,516.25 *<br>$0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 3 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>11/17/11 | OK Sch F | $3,032.25<br>$3,032.25 | $0.00 | $3,032.25 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 4 | Community & Southern Bank<br>c/o Thompson O'Brien Kemp & Nasuti PC<br>40 Technology Parkway South, Suite 300<br>Norcross, GA 30092 | Unsecured<br>12/19/11 | Filed Motion for relief from stay 7/29/11, Doc. No. 48; POC Withdrawn 11/30/12, Doc. No. 83. | $500,220.00 *<br>$0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

(*) Denotes objection to Amount Filed

# Claims Register

### Case:  11-51759-JRS    WILLIS, BRIAN LEE

Claims Bar Date:   02/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Partnership Liquidity Investors IV, LLC<br>c/o Jerome A. Fink<br>416 9th Street<br>Huntington Beach, CA 92648<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/19/11 | OK - Sch F;  transferred 10/14/15, Doc. # 180 to Partnership Liquidity Investors IV, LLC - OK | $3,233.30<br>$3,233.30 | $0.00 | $3,233.30 |
| 6 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>12/22/11 | OK - Sch F | $31,721.31<br>$31,721.31 | $0.00 | $31,721.31 |
| 7 | AFB&T<br>PO Box 1747<br><br>Athens, GA 30603<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/11/12 | Objection filed, Tee didnt administer asset; motion for relief granted and vehicle sold; POC amended on 3/26/15; objection withdrawn; amount updated - OK | $18,325.35 *<br>$18,325.35 | $0.00 | $18,325.35 |
| 8 | RES-GA Eight, LLC<br>Hartman Simons & Wood LLP,c/o Sabrina<br>G. Fitze, Esq.,6400 Powers Ferry Road NW<br>Atlanta, GA 30339<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/31/12 | Foreclosure sales confirmed, per orders entered in Gwinnett county; dificiency balances remain; MFR filed to confirm foreclosure sales. - OK | $3,562,704.68<br>$3,562,704.68 | $0.00 | $3,562,704.68 |
| 9 | Douglas R Daum as attorney for<br>Mulberry Walk Properties<br>3260 Hwy 78<br>Snellville, GA 30078<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/31/12 | Ok, Sch F - Need Calculation for $235k amount; judgment entered on July 9, 2010, Petiton date Jan 21, 2011 (6 mths) - Amended 5/20/15; amount updated - OK | $224,854.39 *<br>$224,854.39 | $0.00 | $224,854.39 |
| 10 | Verizon Wireless<br>PO BOX 3397<br><br>Bloomington, IL 61702<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>02/03/12 | OK, Sch F | $1,604.32<br>$1,604.32 | $0.00 | $1,604.32 |
| 11 | Gateway Bank of Florida<br>c/o David Gordon,McKenna Long & Aldridge LLP,303 Peachtree St., Suite 53<br>Atlanta, GA 30308 | Unsecured<br>02/07/12 | MFR Filed; Tee didn't administer collateral; No collateral valuation provided at commencement of case; insufficient supporting documentation; foreclosure may have satified claim in full; Objection filed to disallow; response filed; Consent order entered allowing POC | $1,700,000.00 *<br>$1,400,000.00 | $0.00 | $1,400,000.00 |

(*) Denotes objection to Amount Filed

# Claims Register

### Case:  11-51759-JRS    WILLIS, BRIAN LEE

Claims Bar Date:   02/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | #11 as general unsecured for $1,400,000.00 and disallowing POC #12 in its entirety; per order entered 5/8/15, Doc. No. 164. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12 | Gateway Bank of Florida c/o David Gordon,McKenna Long & Aldridge LLP,303 Peachtree St., Suite 53 Atlanta, GA 30308 | Unsecured 02/07/12 | | $99,080.00 * $0.00 | $0.00 | $0.00 |
| | | | MFR Filed; Tee didn't administer collateral; No collateral valuation provided at commencement of case; insufficient supporting documentation; foreclosure may have satified claim in full; Objection filed to disallow; response filed; Consent order entered allowing POC #11 as general unsecured for $1,400,000.00 and disallowing POC #12 in its entirety; per order entered 5/8/15, Doc. No. 164. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13 | BB&T Bankruptcy Section PO Box 1847  Wilson, NC 27894 | Unsecured 02/10/12 | | $5,258.32 * $0.00 | $0.00 | $0.00 |
| | | | Objections filed for following reasons:  duplicative, no principal amount not listed on POC; several claims add interest on interest in violaiton of GA law; insufficient documentation supporting claims; attached documents show that collateral was associated with certain claims, but no information or accounting for liquidation of collateral; claimant may have been paid in full by liquidation of collateral; BB&T Response filed; Consent order entered consolidating POCs #14 & #17 into POC #14, and allowing as general unsecured for total 696,835.98, POCs #13, 15, 16, 17, 18, 19, & 20 disallowed, per Order entered 5/7/15, Doc. No. 162. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14 | BB&T Bankruptcy Section PO Box 1847  Wilson, NC 27894 | Unsecured 02/10/12 | | $351,510.01 * $696,835.98 | $0.00 | $696,835.98 |
| | | | Objections filed for following reasons:  duplicative, no principal amount not listed on POC; several claims add interest on interest in violaiton of GA law; insufficient documentation supporting claims; attached documents show that collateral was associated with certain claims, but no information or accounting for liquidation of collateral; claimant may have been paid in full by liquidation of collateral; BB&T Response filed; Consent order entered consolidating POCs #14 & #17 into POC #14, and allowing as general unsecured for total 696,835.98, POCs #13, 15, 16, 17, 18, 19, & 20 disallowed, per Order entered 5/7/15, Doc. No. 162. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

(*) Denotes objection to Amount Filed

# Claims Register

### Case:  11-51759-JRS    WILLIS, BRIAN LEE

Claims Bar Date:   02/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 15 | BB&T Bankruptcy Section<br>PO Box 1847<br><br>Wilson, NC 27894 | Unsecured<br>02/10/12 | | $6,879.90 *<br>$0.00 | $0.00 | $0.00 |
| | | | Objections filed for following reasons:  duplicative, no principal amount not listed on POC; several claims add interest on interest in violaiton of GA law; insufficient documentation supporting claims; attached documents show that collateral was associated with certain claims, but no information or accounting for liquidation of collateral; claimant may have been paid in full by liquidation of collateral; BB&T Response filed; Consent order entered consolidating POCs #14 & #17 into POC #14, and allowing as general unsecured for total 696,835.98, POCs #13, 15, 16, 17, 18, 19, & 20 disallowed, per Order entered 5/7/15, Doc. No. 162. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 16 | BB&T Bankruptcy Section<br>PO Box 1847<br><br>Wilson, NC 27894 | Unsecured<br>02/10/12 | | $117,275.65 *<br>$0.00 | $0.00 | $0.00 |
| | | | Objections filed for following reasons:  duplicative, no principal amount not listed on POC; several claims add interest on interest in violaiton of GA law; insufficient documentation supporting claims; attached documents show that collateral was associated with certain claims, but no information or accounting for liquidation of collateral; claimant may have been paid in full by liquidation of collateral; BB&T Response filed; Consent order entered consolidating POCs #14 & #17 into POC #14, and allowing as general unsecured for total 696,835.98, POCs #13, 15, 16, 17, 18, 19, & 20 disallowed, per Order entered 5/7/15, Doc. No. 162. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 17 | BB&T Bankruptcy Section<br>PO Box 1847<br><br>Wilson, NC 27894 | Unsecured<br>02/10/12 | | $437,842.57 *<br>$0.00 | $0.00 | $0.00 |
| | | | Objections filed for following reasons:  duplicative, no principal amount not listed on POC; several claims add interest on interest in violaiton of GA law; insufficient documentation supporting claims; attached documents show that collateral was associated with certain claims, but no information or accounting for liquidation of collateral; claimant may have been paid in full by liquidation of collateral; BB&T Response filed; Consent order entered consolidating POCs #14 & #17 into POC #14, and allowing as general unsecured for total 696,835.98, POCs #13, 15, 16, 17, 18, 19, & 20 disallowed, per Order entered 5/7/15, Doc. No. 162. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

(*) Denotes objection to Amount Filed

# Claims Register

### Case:  11-51759-JRS    WILLIS, BRIAN LEE

Claims Bar Date: 02/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18 | BB&T Bankruptcy Section<br>PO Box 1847<br><br>Wilson, NC 27894 | Unsecured<br>02/10/12 | | $5,518.81 *<br>$0.00 | $0.00 | $0.00 |
| | | | Objections filed for following reasons:  duplicative, no principal amount not listed on POC; several claims add interest on interest in violaiton of GA law; insufficient documentation supporting claims; attached documents show that collateral was associated with certain claims, but no information or accounting for liquidation of collateral; claimant may have been paid in full by liquidation of collateral; BB&T Response filed; Consent order entered consolidating POCs #14 & #17 into POC #14, and allowing as general unsecured for total 696,835.98, POCs #13, 15, 16, 17, 18, 19, & 20 disallowed, per Order entered 5/7/15, Doc. No. 162. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 19 | BB&T Bankruptcy Section<br>PO Box 1847<br><br>Wilson, NC 27894 | Unsecured<br>02/10/12 | | $22,568.35 *<br>$0.00 | $0.00 | $0.00 |
| | | | Objections filed for following reasons:  duplicative, no principal amount not listed on POC; several claims add interest on interest in violaiton of GA law; insufficient documentation supporting claims; attached documents show that collateral was associated with certain claims, but no information or accounting for liquidation of collateral; claimant may have been paid in full by liquidation of collateral; BB&T Response filed; Consent order entered consolidating POCs #14 & #17 into POC #14, and allowing as general unsecured for total 696,835.98, POCs #13, 15, 16, 17, 18, 19, & 20 disallowed, per Order entered 5/7/15, Doc. No. 162. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 20 | BB&T Bankruptcy Section<br>PO Box 1847<br><br>Wilson, NC 27894 | Unsecured<br>02/10/12 | | $3,823.08 *<br>$0.00 | $0.00 | $0.00 |
| | | | Objections filed for following reasons:  duplicative, no principal amount not listed on POC; several claims add interest on interest in violaiton of GA law; insufficient documentation supporting claims; attached documents show that collateral was associated with certain claims, but no information or accounting for liquidation of collateral; claimant may have been paid in full by liquidation of collateral; BB&T Response filed; Consent order entered consolidating POCs #14 & #17 into POC #14, and allowing as general unsecured for total 696,835.98, POCs #13, 15, 16, 17, 18, 19, & 20 disallowed, per Order entered 5/7/15, Doc. No. 162. | | | |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

(*) Denotes objection to Amount Filed

# Claims Register

## Case:  11-51759-JRS    WILLIS, BRIAN LEE

Claims Bar Date:  02/12/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 21P | Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd. NE, Suite 17200<br>Atlanta, GA 30345<br><br><5800-00   Claims of Governmental Units>,  570 | Priority<br>04/23/13 | Objection filed; POC filed for sales tax associated with entity named Hamilton Mull Posse, Inc.; Debtor has no liability for Debt; Debtmay have been satisfied pre-petitioon; POC withdrawn by DOR on 4-8-15, Doc. No. 149; Objection withdrawn. - OK | $61,851.16 *<br>$0.00 | $0.00 | $0.00 |
| 21U | Georgia Department of Revenue<br>Bankruptcy Section<br>1800 Century Blvd. NE, Suite 17200<br>Atlanta, GA 30345<br><br><7300-00   Fines, Penalties § 726(a)(4)>,  630 | Unsecured<br>04/23/13 | Objection filed; POC filed for sales tax associated with entity named Hamilton Mull Posse, Inc.; Debtor has no liability for Debt; Debtmay have been satisfied pre-petitioon; POC withdrawn by DOR on 4-8-15, Doc. No. 149; Objection withdrawn. - OK | $13,987.74 *<br>$0.00 | $0.00 | $0.00 |

Case Total:    $254,625.77    $6,631,876.56

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**                                    Exhibit D

Case No.: 11-51759-JRS
Case Name: WILLIS, BRIAN LEE
Trustee Name: Cathy L. Scarver, Trustee

**Balance on hand:**                          $         736,772.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                        $       736,772.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Cathy L. Scarver, Trustee | 53,669.46 | 0.00 | 53,669.46 |
| Attorney for Trustee, Fees - Ragsdale, Beals, Seigler, Patterson, & Gray, LLP | 147,555.00 | 52,609.50 | 94,945.50 |
| Attorney for Trustee, Expenses - Ragsdale, Beals, Seigler, Patterson, & Gray, LLP | 6,826.05 | 4,891.76 | 1,934.29 |
| Accountant for Trustee, Fees - Jeffrey K. Kerr & Company, LLC | 12,067.00 | 0.00 | 12,067.00 |
| Accountant for Trustee, Expenses - Jeffrey K. Kerr & Company, LLC | 225.01 | 0.00 | 225.01 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:  $       163,134.26
Remaining balance:                                        $       573,638.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:                                            $       573,638.64

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 21P | Georgia Department of Revenue | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 573,638.64 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,468,742.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | SunTrust Bank | 526,430.72 | 0.00 | 46,683.11 |
| 2 | Banksouth c/o | 0.00 | 0.00 | 0.00 |
| 3 | Discover Bank | 3,032.25 | 0.00 | 268.90 |
| 4 | Community & Southern Bank | 0.00 | 0.00 | 0.00 |
| 5 | Partnership Liquidity Investors IV, LLC | 3,233.30 | 0.00 | 286.72 |
| 6 | American Express Bank, FSB | 31,721.31 | 0.00 | 2,813.00 |
| 7 | AFB&T | 18,325.35 | 0.00 | 1,625.07 |
| 8 | RES-GA Eight, LLC | 3,562,704.68 | 0.00 | 315,935.45 |
| 9 | Douglas R Daum as attorney for | 224,854.39 | 0.00 | 19,939.76 |
| 10 | Verizon Wireless | 1,604.32 | 0.00 | 142.27 |
| 11 | Gateway Bank of Florida | 1,400,000.00 | 0.00 | 124,149.96 |
| 12 | Gateway Bank of Florida | 0.00 | 0.00 | 0.00 |
| 13 | BB&T Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 14 | BB&T Bankruptcy Section | 696,835.98 | 0.00 | 61,794.40 |
| 15 | BB&T Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 16 | BB&T Bankruptcy Section | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | BB&T Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 18 | BB&T Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 19 | BB&T Bankruptcy Section | 0.00 | 0.00 | 0.00 |
| 20 | BB&T Bankruptcy Section | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 573,638.64
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 21U | Georgia Department of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**